IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
OCT 18 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-CR-200_68_ |
| ) | |
| EDWIN IZAGUIRRE, ) | Title 18, United States Code, |
| ) | Section 922(g)(1). |
| Defendant. ) | |

INFORMATION

COUNT 1
(Possession of a Firearm by a Prohibited Person)

THE UNITED STATES ATTORNEY CHARGES:

On or about January 29, 2018, in Kankakee County, in the Central District of Illinois,

**EDWIN IZAGUIRRE,**

defendant herein, knowing he had been previously convicted in a court in the State of Illinois of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, an SKS 7.62 caliber rifle bearing serial number 23001566.

In violation of Title 18, United States Code, Section 922(g)(1).

JOHN C. MILHISER
UNITED STATES ATTORNEY

s/EUGENE L. MILLER
_____
Eugene L. Miller
Assistant United States Attorney